No. 94–6322.  ESPARZA *v.* JOHNSON, DEPUTY DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, HEALTH SERVICES DIVI-

SION. C. A. 5th Cir. Certiorari denied.